| | |
|---|---|
| In re:<br><br>    **Anglin Consulting Group, Inc.,**<br>        Debtor. | **Case No. 25-00328-ELG**<br>**Chapter 11** |
|     **Anglin Consulting Group, Inc.,**<br>        Plaintiff,<br><br>    v.<br><br>    **GovCon Fund, LP, et al.,**<br>        Defendants. | **Adv. Pro. 25-10032-ELG** |

## ORDER COMPELLING COMPLIANCE WITH
## COURT-APPROVED SETTLEMENT AGREEMENT

On September 4, 2025, the United States Bankruptcy Court for the District of Columbia (the "Court") entered an *Order Appointing Judicial Mediator*, whereby the undersigned (the "Mediator") was appointed as a judicial mediator and specifically authorized to enter any orders necessary in furtherance of his settlement efforts.

The mediation resulted in the execution of a settlement agreement (the "Settlement Agreement") by and among Anglin Consulting Group, debtor-in-possession in the above-captioned case (the "Debtor" or "ACG"), Yashieka Anglin ("Ms. Anglin"), and GovCon Fund, LP and GovCon Fund II, LP (together, the "Funds"). By Order entered on November 20, 2025, the Court approved the Settlement Agreement. Section 3(b) of the Court -approved Settlement Agreement provides:

> ACG will, effective as of November 10, 2025, subcontract to [Blackfish Federal, LLC, or "Blackfish"] three (3) of the [full-time employees or "FTEs"] currently working on [that certain Contract Number W912CH25PA008 with an effective date of September 30, 2025 awarded to ACG by the Department of the Army pursuant to Solicitation Number W912CH25QA027 or the "Watercraft Inspection Contract"], and (i) Blackfish will select the three FTEs

1

who will cease being ACG employees and become Blackfish FTEs, provided, however, that (ii) Blackfish may not select Keisha Wray or Timothy Claus as an FTE transferred to Blackfish.

Ms. Anglin executed the Settlement Agreement on behalf of the Debtor and in her individual capacity. Notwithstanding the unequivocal terms of the Settlement Agreement, Ms. Anglin, on behalf of the Debtor, has refused to execute the subcontract transferring the three Watercraft Inspection Contract's FTEs from ACG to Blackfish and, as such, Ms. Anglin and the Debtor are each in default of the Settlement Agreement.

In light of the foregoing and as is necessary to further his settlement efforts, the Mediator has requested entry of this Order. Accordingly, it is

**ORDERED** that Ms. Anglin, on behalf of the Debtor, shall execute the subcontract immediately; and it is further

**ORDERED** that the Debtor shall provide an executed copy of the subcontract agreement to counsel for the Funds no later than April 8, 2026, at 5:00 p.m.

Dated:   April 6, 2026                    /s/ Kevin R. Huennekens                    
                                        United States Bankruptcy Judge

Copies to: Recipients of electronic notice.